IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD RAY WELLS,                                           CV. 04-495-HU

        Petitioner,                                          ORDER

  v.

OREGON BOARD OF PAROLE AND
POST-PRISON SUPERVISION,

        Respondent.

MOSMAN, Judge

    Petitioner's motion for voluntary dismissal (#38) is GRANTED. This action is DISMISSED, without prejudice. All pending motions are DENIED AS MOOT.

    IT IS SO ORDERED.

    DATED this 17th day of October, 2005.

                                        /s/ Michael W. Mosman
                                        Michael W. Mosman
                                        United States District Judge